UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE DISTANCE LEARNING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DERICK GENE MAYNARD, et al.,<br><br>Defendants. | Case No. 4:19-cv-03801-KAW<br><br>ORDER TO SHOW CAUSE |

This action was filed on June 28, 2019. (Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 90 days to complete service of the complaint and summons on Defendant, such that September 26, 2019 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11. To date, no proof of service has been filed. The Case Management Conference (CMC), originally scheduled for October 1, 2019, was continued to December 3, 2019, because Defendant had not been served 7 days prior to the original CMC date. (Dkt. No. 14.)

IT IS HEREBY ORDERED that by no later than October 18, 2019, Plaintiff shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief.

IT IS SO ORDERED.

Dated: September 30, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge