UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE DISTANCE LEARNING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DERICK GENE MAYNARD, et al.,<br><br>Defendants. | Case No. 4:19-cv-03801-KAW<br><br>ORDER TERMINATING MOTION TO DISMISS<br><br>Re: Dkt. No. 37 |

On December 23, 2019, Defendants filed a motion to dismiss Plaintiff's initial complaint. (Dkt. No. 37.) On January 6, 2020, Plaintiff filed an amended complaint. (Dkt. No. 39.)

Under Rule 15(a)(1)(B), a party may amend its pleading once as a matter of course within 21 days of being served with a motion under Rule 12(b). The amended complaint was filed fewer than 21 days after service of the 12(b)(6) motion. Accordingly, the Court terminates the pending motion to dismiss, as the operative complaint is now the amended complaint.

IT IS SO ORDERED.

Dated: January 7, 2020

*Kandis Westmore*

KANDIS A. WESTMORE
United States Magistrate Judge